[No. 54045-9-I. Division One. January 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREA MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-04099-3, LeRoy McCullough, J., entered March 31, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54137-4-I. Division One. January 18, 2005.]

KARIM ABDUL-LATIF, *Appellant*, v. HOUSEHOLD MORTGAGE SERVICE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-12901-1, Paris K. Kallas, J., entered March 25, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54269-9-I. Division One. January 18, 2005.]

WACHOVIA BANK N.A., *Respondent*, v. TONY E. YAGHMAIE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-35833-9, Terence Lukens, J., entered May 4, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54376-8-I. Division One. January 18, 2005.]

*In the Matter of the Marriage of* GERALD P. IRISH, *Appellant*, and KAREN LEIGH IRISH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-08704-9, Ronald Kessler, J., entered June 4, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.